THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-255-JLR |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JOSEPH LAWSON SCOTT, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the deadline for pretrial motions, and hereby GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended to January 15, 2020.

DONE this 10th day of January 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Joseph Scott

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*United States v. Scott*, CR19-255-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100